Date of Arrest: **01/13**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>V.<br>Oscar Jesus ANAYA-Cardenas<br>Citizen of Mexico<br>YOB:1992<br>216574684<br>Illegal Alien | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 22-1030MJ |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about March 16, 2019, Defendant Oscar Jesus ANAYA-Cardenas, an alien, was removed from the United States to Mexico through the port of Nogales, Arizona, in pursuance of law, and thereafter on or about January 13, 2022, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about January 13, 2022, near San Luis, Arizona in the District of Arizona, Defendant Oscar Jesus ANAYA-Cardenas, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.  [X] Yes   [ ] No

*Reviewed by AUSA William Rubens*
*SAD for WBR*

Signature of Complainant
Anastasiya Katekhina
Border Patrol Agent

Sworn to before me and subscribed telephonically,

| January 14, 2022 | at | Yuma, Arizona |
|---|---|---|
| Date | | City and State |

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Oscar Jesus ANAYA-Cardenas

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on two (2) previous occasions. The Defendant has been removed a total of two (2) times. The Defendant was last removed through Nogales, Arizona on March 16, 2019.

**CRIMINAL AND IMMIGRATION HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 03/15/2019 | Nogales, Arizona | Illegal Re-entry | Ordered Removed from the US (DO) (REIN) |
| 05/28/2018 | Tucson, Arizona | Illegal Entry | Ordered Removed from the US (DO) (ER) |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Tucson, Arizona on or about May 28, 2018.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on January 13, 2022.

Charges: 8 USC 1326(a)    (Felony)
8 USC 1325(a)(1)    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

January 14, 2022
Date

_____
Signature of Judicial Officer